926, ET AL. March 31, 1947. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Louis F. Knoblock, Harold C. Heiss* and *Russell B. Day* for petitioners in No. 908. *John E. Cassidy* for the Farmers Grain Co. et al., petitioners in No. 1047 and the shippers, respondents in No. 908. *Donald A. Morgan* for the Toledo, P. & W. R. Co., respondent in Nos. 908 and 1047. 

No. 993. BELL ET AL. *v.* PORTER ET AL. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Harold Leventhal* for petitioners. *John T. Chadwell* and *Richard M. Keck* for respondents. *Acting Solicitor General Washington* filed a memorandum for the United States, as *amicus curiae*, opposing the petition. 

No. 893. HUNTER *v.* TEXAS ELECTRIC RAILWAY Co. March 31, 1947. Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, granted. *F. Neilson Rogers* and *Spearman Webb* for petitioner. *Joe A. Keith* for respondent. 

No. 425. MORRIS *v.* WALLING, WAGE & HOUR ADMINISTRATOR. April 7, 1947. The petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit is granted limited to the second question presented by the petition for the writ. *George S. Dixon* for petitioner. *Solicitor General McGrath, William S. Tyson* and *Morton Liftin* for respondent.